# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHERI HONKALA et. al** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-0684** |
| | : | |
| **U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al.** | : | |

# ORDER

This 31st day of January, 2022, it is hereby **ORDERED** that Defendants' Motions to Dismiss, ECF 33, 34, 39, and 43, are **GRANTED**.

/s/ Gerald Austin McHugh
United States District Judge